### JONES v. STATE. (No. 7538.)

(Court of Criminal Appeals of Texas. Feb. 7, 1923.)

Appeal from District Court, Tom Green County; C. E. Dubois, Judge.

C. E. Jones was convicted of forgery, and appealed. Appeal dismissed by his request.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Tom Green county of forgery, and his punishment fixed at five years in the penitentiary.

By affidavit in proper form and duly sworn to appellant requests that he be permitted to withdraw his appeal. His request is granted, and the appeal is dismissed.